**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

PAMELA WRIGHT and JOHN C. KENT                              PLAINTIFFS

v.                              No. 1:11CV00077 JLH

OZARK HERITAGE BANK, N.A.                                    DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed with prejudice.

IT IS SO ORDERED this 28th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE